# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**DAVID GARCIA**

    Defendant.

CR NO: 1:25-mj-000007-EPG

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum    ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | DAVID GARCIA |
| Detained at | Fresno County Jail |

Detainee is:
- a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint charging detainee with: _____
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges

*Appearance is necessary on 2/6/2025 at 2 PM before the duty magistrate in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Robert L. Veneman-Hughes |
| Printed Name & Phone No: | ROBERT L. VENEMAN-HUGHES |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on February 6, 2025, and for any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Feb 4, 2025**

/s/ Erica P. Grosjean
Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | JID 7031390 / Booking 2511630 | DOB: | 3/5/1992 |
| Facility Address: | Fresno County Sheriff | Race: | HISPANIC |
| Facility Phone: | (559) 488-3939 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)